RUN DATE:08-JUN-2004 PAYMENT HISTORY Inquiry G

Page: 1

FOR: 2000Z00741 / 002

COURT NUMBER: 00-2592 JMR/FLN
DEBTOR: Reynolds, Michael P.
COLLECTION TYPE: WA
CURRENT BALANCE: $17,784.59

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0010 | PMNT | 04-JUN-2003 | OT | G | Altemp Mechanical | MN /3/175 | 3849 | $284.53 | 13-JUN-2003 |
| 0011 | PMNT | 11-JUL-2003 | GR | G | Altemp Mechanical | MN /3/190 | 3910 | $497.88 | 11-JUL-2003 |
| 0012 | PMNT | 01-AUG-2003 | GR | G | altemp mechanical | MN /3/205 | 3916 | $407.37 | 01-AUG-2003 |
| 0013 | PMNT | 08-SEP-2003 | GR | G | altemp mechanical | MN /3/231 | 13975 | $626.51 | 08-SEP-2003 |
| 0014 | PMNT | 10-OCT-2003 | GR | G | Altemp Mechanical | MN /04/008 | 14017 | $347.99 | 10-OCT-2003 |
| 0015 | PMNT | 12-NOV-2003 | GR | G | ALTEMP MECHANICAL | MN /04/029 | 14058 | $492.58 | 12-NOV-2003 |
| 0017 | PMNT | 17-DEC-2003 | GR | G | Altemp Mechanical | MN /04/057 | 14097 | $582.74 | 17-DEC-2003 |
| 0018 | PMNT | 22-JAN-2004 | GR | G | Altemp Mechanical | MN /04/079 | 14145 | $410.37 | 22-JAN-2004 |
| 0019 | PMNT | 20-FEB-2004 | GR | G | ALTEMP MECHANICAL | MN /04/100 | 14185 | $248.90 | 20-FEB-2004 |
| 0020 | PMNT | 11-MAR-2004 | GR | G | Altemp | MN /04/114 | 14225 | $391.44 | 11-MAR-2004 |
| 0021 | PMNT | 17-MAY-2004 | GR | G | Altemp Mechanical | MN /04/161 | 14331 | $446.67 | 17-MAY-2004 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: $4,736.98