PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 31-MAY-2006 FOR: 2000Z00741/002

DEBTOR: Reynolds, Michael P.

COURT NUMBER: 00-2592 JMR/FLN PRIORITY CODE:

CURRENT LIABILITY BALANCE: $11,724.07

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0010 | PMNT | WA | 04-JUN-2003 | OT/G | Altemp Mechanical | MN /3/175 | 3849 | | $284.53 | 13-JUN-2003 |
| 0011 | PMNT | WA | 11-JUL-2003 | GR/G | Altemp Mechanical | MN /3/190 | 3910 | | $497.88 | 11-JUL-2003 |
| 0012 | PMNT | WA | 01-AUG-2003 | GR/G | altemp mechanical | MN /3/205 | 3916 | | $407.37 | 01-AUG-2003 |
| 0013 | PMNT | WA | 08-SEP-2003 | GR/G | altemp mechanical | MN /3/231 | 13975 | | $626.51 | 08-SEP-2003 |
| 0014 | PMNT | WA | 10-OCT-2003 | GR/G | Altemp Mechanical | MN /04/008 | 14017 | | $347.99 | 10-OCT-2003 |
| 0015 | PMNT | WA | 12-NOV-2003 | GR/G | ALTEMP MECHANICAL | MN /04/029 | 14058 | | $492.58 | 12-NOV-2003 |
| 0017 | PMNT | WA | 17-DEC-2003 | GR/G | Altemp Mechanical | MN /04/057 | 14097 | | $582.74 | 17-DEC-2003 |
| 0018 | PMNT | WA | 22-JAN-2004 | GR/G | Altemp Mechanical | MN /04/079 | 14145 | | $410.37 | 22-JAN-2004 |
| 0019 | PMNT | WA | 20-FEB-2004 | GR/G | ALTEMP MECHANICAL | MN /04/100 | 14185 | | $248.90 | 20-FEB-2004 |
| 0020 | PMNT | WA | 11-MAR-2004 | GR/G | Altemp | MN /04/114 | 14225 | | $391.44 | 11-MAR-2004 |
| 0021 | PMNT | WA | 17-MAY-2004 | GR/G | Altemp Mechanical | MN /04/161 | 14331 | | $446.67 | 17-MAY-2004 |
| 0023 | PMNT | WA | 21-JUN-2004 | GR/G | ALTEMP MECHANICAL | MN /04/183 | 14379 | | $466.04 | 21-JUN-2004 |
| 0024 | PMNT | WA | 02-JUL-2004 | GR/G | Altemp Mechanical | MN /04/192 | 14411 | | $556.29 | 02-JUL-2004 |
| 0025 | PMNT | WA | 12-AUG-2004 | GR/G | Altemp | MN /04/223 | 14450 | | $279.04 | 12-AUG-2004 |
| 0026 | PMNT | WA | 27-AUG-2004 | GR/G | ALTEMP MECHANICAL | MN /04/234 | 14469 | | $462.79 | 27-AUG-2004 |
| 0030 | PMNT | WA | 30-SEP-2004 | GR/G | ALTEMP MECHANICAL | MN /04/257 | 14542 | | $314.90 | 30-SEP-2004 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0031 | PMNT | WA | 01-NOV-2004 | GR/G | ALTEMP MECHANICAL | MN | /05/020 | 14590 | $278.39 | 01-NOV-2004 |
| 0032 | PMNT | WA | 03-DEC-2004 | GR/G | ALTEMP MECHANICAL | MN | /05/040 | 14639 | $383.01 | 03-DEC-2004 |
| 0033 | PMNT | WA | 03-JAN-2005 | GR/G | Altemp Mechanical | MN | /05/057 | 14687 | $232.11 | 03-JAN-2005 |
| 0034 | PMNT | WA | 03-FEB-2005 | GR/G | Altemp Mechanical | MN | /05/078 | 14734 | $486.39 | 03-FEB-2005 |
| 0035 | PMNT | WA | 01-APR-2005 | GR/G | Altemp Mechanical | MN | /05/118 | 14851 | $277.59 | 01-APR-2005 |
| 0036 | PMNT | WA | 29-APR-2005 | GR/G | Altemp Mechanical | MN | /05/134 | 14953 | $532.63 | 29-APR-2005 |
| 0037 | PMNT | WA | 27-MAY-2005 | GR/G | Altemp Mechanical | MN | /05/154 | 14906 | $338.69 | 27-MAY-2005 |
| 0039 | PMNT | WA | 05-JUL-2005 | GR/G | Altemp | MN | /05/180 | 14919 | $257.16 | 05-JUL-2005 |
| 0040 | PMNT | WA | 28-JUL-2005 | GR/G | Altemp Mechanical | MN | /05/197 | 14926 | $41.33 | 28-JUL-2005 |
| 0041 | PMNT | WA | 01-SEP-2005 | GR/G | Michael | MN | /05/221 | 14933 | $451.77 | 01-SEP-2005 |
| 0042 | PMNT | WA | 11-OCT-2005 | GR/G | Michael | MN | /06/006 | 14947 | $309.61 | 11-OCT-2005 |
| 0043 | PMNT | WA | 02-DEC-2005 | GR/G | Altemp | MN | /06/042 | 14894 | $83.13 | 02-DEC-2005 |
| 0044 | PMNT | WA | 04-JAN-2006 | GR/G | ALTEMP MECHANICAL | MN | /06/063 | 25189 | $391.45 | 04-JAN-2006 |
| 0045 | PMNT | WA | 01-FEB-2006 | GR/G | ALLTEMP MECHANICAL | MN | /06/083 | 25207 | $299.40 | 01-FEB-2006 |
| 0046 | PMNT | WA | 02-MAR-2006 | GR/G | ALTEMP MECHANICAL | MN | /06/105 | 25285 | $150.01 | 02-MAR-2006 |
| 0047 | PMNT | WA | 04-APR-2006 | GR/G | Altemp Mechanical | MN | /06/128 | 25334 | $164.00 | 04-APR-2006 |
| 0048 | PMNT | WA | 27-APR-2006 | GR/G | Altemp Mechanical | MN | /06/145 | 25348 | $373.65 | 27-APR-2006 |

Total Payments for Debtor: $11,866.36