PAYMENT HISTORY REPORT

FOR: 2000Z00741/002

DEBTOR: Reynolds, Michael P.
COURT NUMBER: 00-2592 JMR/FLN

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0010 | PMNT | WA | 04-JUN-2003 | OT/G | Altemp Mechanical | MN /3/175 | 3849 | | | $284.53 | 13-JUN-2003 |
| 0011 | PMNT | WA | 11-JUL-2003 | GR/G | Altemp Mechanical | MN /3/190 | 3910 | | | $497.88 | 11-JUL-2003 |
| 0012 | PMNT | WA | 01-AUG-2003 | GR/G | altemp mechanical | MN /3/205 | 3916 | | | $407.37 | 01-AUG-2003 |
| 0013 | PMNT | WA | 08-SEP-2003 | GR/G | altemp mechanical | MN /3/231 | 13975 | | | $626.51 | 08-SEP-2003 |
| 0014 | PMNT | WA | 10-OCT-2003 | GR/G | Altemp Mechanical | MN /04/008 | 14017 | | | $347.99 | 10-OCT-2003 |
| 0015 | PMNT | WA | 12-NOV-2003 | GR/G | ALTEMP MECHANICAL | MN /04/029 | 14058 | | | $492.58 | 12-NOV-2003 |
| 0017 | PMNT | WA | 17-DEC-2003 | GR/G | Altemp Mechanical | MN /04/057 | 14097 | | | $582.74 | 17-DEC-2003 |
| 0018 | PMNT | WA | 22-JAN-2004 | GR/G | Altemp Mechanical | MN /04/079 | 14145 | | | $410.37 | 22-JAN-2004 |
| 0019 | PMNT | WA | 20-FEB-2004 | GR/G | ALTEMP MECHANICAL | MN /04/100 | 14185 | | | $248.90 | 20-FEB-2004 |
| 0020 | PMNT | WA | 11-MAR-2004 | GR/G | Altemp | MN /04/114 | 14225 | | | $391.44 | 11-MAR-2004 |
| 0021 | PMNT | WA | 17-MAY-2004 | GR/G | Altemp Mechanical | MN /04/161 | 14331 | | | $446.67 | 17-MAY-2004 |
| 0023 | PMNT | WA | 21-JUN-2004 | GR/G | ALTEMP MECHANICAL | MN /04/183 | 14379 | | | $466.04 | 21-JUN-2004 |
| 0024 | PMNT | WA | 02-JUL-2004 | GR/G | Altemp Mechanical | MN /04/192 | 14411 | | | $556.29 | 02-JUL-2004 |
| 0025 | PMNT | WA | 12-AUG-2004 | GR/G | Altemp | MN /04/223 | 14450 | | | $279.04 | 12-AUG-2004 |
| 0026 | PMNT | WA | 27-AUG-2004 | GR/G | ALTEMP MECHANICAL | MN /04/234 | 14469 | | | $462.79 | 27-AUG-2004 |
| 0030 | PMNT | WA | 30-SEP-2004 | GR/G | ALTEMP MECHANICAL | MN /04/257 | 14542 | | | $314.90 | 30-SEP-2004 |
| 0031 | PMNT | WA | 01-NOV-2004 | GR/G | ALTEMP MECHANICAL | MN /05/020 | 14590 | | | $278.39 | 01-NOV-2004 |
| 0032 | PMNT | WA | 03-DEC-2004 | GR/G | ALTEMP MECHANICAL | MN /05/040 | 14639 | | | $383.01 | 03-DEC-2004 |
| 0033 | PMNT | WA | 03-JAN-2005 | GR/G | Altemp Mechanical | MN /05/057 | 14687 | | | $232.11 | 03-JAN-2005 |
| 0034 | PMNT | WA | 03-FEB-2005 | GR/G | Altemp Mechanical | MN /05/078 | 14734 | | | $486.39 | 03-FEB-2005 |
| 0035 | PMNT | WA | 01-APR-2005 | GR/G | Altemp Mechanical | MN /05/118 | 14851 | | | $277.59 | 01-APR-2005 |
| 0036 | PMNT | WA | 29-APR-2005 | GR/G | Altemp Mechanical | MN /05/134 | 14953 | | | $532.63 | 29-APR-2005 |
| 0037 | PMNT | WA | 27-MAY-2005 | GR/G | Altemp Mechanical | MN /05/154 | 14906 | | | $338.69 | 27-MAY-2005 |
| 0039 | PMNT | WA | 05-JUL-2005 | GR/G | Altemp | MN /05/180 | 14919 | | | $257.16 | 05-JUL-2005 |
| 0040 | PMNT | WA | 28-JUL-2005 | GR/G | Altemp Mechanical | MN /05/197 | 14926 | | | $41.33 | 28-JUL-2005 |
| 0041 | PMNT | WA | 01-SEP-2005 | GR/G | Michael | MN /05/221 | 14933 | | | $451.77 | 01-SEP-2005 |
| 0042 | PMNT | WA | 11-OCT-2005 | GR/G | Michael | MN /06/006 | 14947 | | | $309.61 | 11-OCT-2005 |
| 0043 | PMNT | WA | 02-DEC-2005 | GR/G | Altemp | MN /06/042 | 14894 | | | $83.13 | 02-DEC-2005 |
| 0044 | PMNT | WA | 04-JAN-2006 | GR/G | ALTEMP MECHANICAL | MN /06/063 | 25189 | | | $391.45 | 04-JAN-2006 |
| 0045 | PMNT | WA | 01-FEB-2006 | GR/G | ALLTEMP MECHANICAL | MN /06/083 | 25207 | | | $299.40 | 01-FEB-2006 |
| 0046 | PMNT | WA | 02-MAR-2006 | GR/G | ALTEMP MECHANICAL | MN /06/105 | 25285 | | | $150.01 | 02-MAR-2006 |

PAYMENT HISTORY REPORT

FOR: 2000Z00741/002

DEBTOR: Reynolds, Michael P.
COURT NUMBER: 00-2592 JMR/FLN

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0047 | PMNT | WA | 04-APR-2006 | GR/G | Altemp Mechanical | MN /06/128 | 25334 | | | $164.00 | 04-APR-2006 |
| 0048 | PMNT | WA | 27-APR-2006 | GR/G | Altemp Mechanical | MN /06/145 | 25348 | | | $373.65 | 27-APR-2006 |
| 0051 | PMNT | WA | 05-JUN-2006 | GR/G | Altemp Mechanical | MN /06/170 | 25406 | | | $491.13 | 05-JUN-2006 |
| 0052 | PMNT | WA | 03-JUL-2006 | GR/G | Altemp Mechanical | MN /06/187 | 25478 | | | $583.43 | 03-JUL-2006 |
| 0053 | PMNT | WA | 14-AUG-2006 | GR/G | Altemp Mechanical | MN /06/214 | 25580 | | | $293.81 | 14-AUG-2006 |
| 0056 | PMNT | WA | 31-AUG-2006 | GR/G | Altemp Mechanical | MN /06/226 | 25637 | | | $294.15 | 31-AUG-2006 |
| 0057 | PMNT | WA | 06-OCT-2006 | GR/G | Altemp Mechanical | MN /07/006 | 25699 | | | $294.51 | 06-OCT-2006 |
| 0058 | PMNT | WA | 03-NOV-2006 | GR/G | Altemp Mechancial | MN /07/025 | 25720 | | | $242.40 | 03-NOV-2006 |
| 0059 | PMNT | WA | 01-DEC-2006 | GR/G | ALTEMP MECHANICAL | MN /07/042 | 25796 | | | $250.23 | 01-DEC-2006 |
| 0060 | PMNT | WA | 04-JAN-2007 | GR/G | ALTEMP MECHANICAL | MN /07/058 | 25814 | | | $125.16 | 04-JAN-2007 |
| 0061 | PMNT | WA | 02-FEB-2007 | GR/G | Altemp Mechanical | MN /07/075 | 25849 | | | $168.71 | 02-FEB-2007 |
| 0062 | PMNT | WA | 19-MAR-2007 | GR/G | Altemp Mechanical | MN /07/100 | 25927 | | | $255.31 | 19-MAR-2007 |
| 0063 | PMNT | WA | 03-APR-2007 | GR/G | Altemp Mechan | MN /07/109 | 25937 | | | $91.00 | 03-APR-2007 |
| 0064 | PMNT | WA | 18-MAY-2007 | GR/G | ALTEMP MECHANICAL | MN /07/137 | 26029 | | | $137.10 | 18-MAY-2007 |

PAYMENT HISTORY REPORT

FOR: 2000Z00741/003

DEBTOR: Reynolds, Michael P.
COURT NUMBER: 00-2592 JMR/FLN

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | PMNT | T | 06-MAY-2003 | OT/G | Altemp Mechanical | MN /3/175 | 3803 | | | $76.00 | 13-JUN-2003 |
| 0004 | PMNT | T | 04-JUN-2003 | OT/G | Altemp Mechancial | MN /3/175 | 3849 | | | $227.20 | 13-JUN-2003 |

PAYMENT HISTORY REPORT

FOR: 2000Z00741/004

DEBTOR: Reynolds, Michael P.
COURT NUMBER: 00-2592 JMR/FLN

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | T | 06-MAY-2003 | OT/G | Altemp Mechanical | MN /3/175 | 3803 | | | $90.00 | 13-JUN-2003 |