UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2592 JMR/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL P. REYNOLDS,<br><br>Defendant,<br><br>ALTEMP MECHANICAL, INC.,<br><br>Garnishee. | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Michael P. Reynolds.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about April 24, 2003. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about April 28, 2003. As of the date of service, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

Pursuant to the Writ of Garnishment, the garnishee has withheld the sums reflected on the attached payment history.

Dated: June 2, 2008

Respectfully submitted,

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ M. Trippler
BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600