# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

## PAYMENTS

| Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date |
|---|---|---|---|---|---|
| Reynolds, Michael P. | NP | 00-2592 JMR/FLN | | | |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 05/06/2003 | OT | G | Altemp Mechanical | MN | 3803 | | 06/13/2003 | $90.00 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

## PAYMENTS

| Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|
| Reynolds, Michael P. | NP | 00-2592 JMR/FLN | | | | $0.00 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | PMNT | 05/06/2003 | OT | G | Altemp Mechanical | MN /3/175 | 3803 | | 06/13/2003 | $76.00 |
| 0004 | PMNT | 06/04/2003 | OT | G | Altemp Mechancial | MN | 3849 | | 06/13/2003 | $227.20 |

**United States Department of Justice**
**Consolidated Debt Collection System**
**Single Liability Payment History**

**Report Level:** MN

## PAYMENTS

| Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date |
|---|---|---|---|---|---|
| Reynolds, Michael P. | WA | 00-2592 JMR/FLN | | | |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0010 | PMNT | 06/04/2003 | OT | G | Altemp Mechanical | MN /3/175 | 3849 | | 06/13/2003 | $284.53 |
| 0011 | PMNT | 07/11/2003 | GR | G | Altemp Mechanical | MN /3/190 | 3910 | | 07/11/2003 | $497.88 |
| 0012 | PMNT | 08/01/2003 | GR | G | altemp mechanical | MN /3/205 | 3916 | | 08/01/2003 | $407.37 |
| 0013 | PMNT | 09/08/2003 | GR | G | altemp mechanical | MN /3/231 | 13975 | | 09/08/2003 | $626.51 |
| 0014 | PMNT | 10/10/2003 | GR | G | Altemp Mechanical | MN /04/008 | 14017 | | 10/10/2003 | $347.99 |
| 0015 | PMNT | 11/12/2003 | GR | G | ALTEMP MECHANICAL | MN /04/029 | 14058 | | 11/12/2003 | $492.58 |
| 0017 | PMNT | 12/17/2003 | GR | G | Altemp Mechanical | MN /04/057 | 14097 | | 12/17/2003 | $582.74 |
| 0018 | PMNT | 01/22/2004 | GR | G | Altemp Mechanical | MN /04/079 | 14145 | | 01/22/2004 | $410.37 |
| 0019 | PMNT | 02/20/2004 | GR | G | ALTEMP MECHANICAL | MN /04/100 | 14185 | | 02/20/2004 | $248.90 |
| 0020 | PMNT | 03/11/2004 | GR | G | Altemp | MN /04/114 | 14225 | | 03/11/2004 | $391.44 |
| 0021 | PMNT | 05/17/2004 | GR | G | Altemp Mechanical | MN /04/161 | 14331 | | 05/17/2004 | $446.67 |
| 0023 | PMNT | 06/21/2004 | GR | G | ALTEMP MECHANICAL | MN /04/183 | 14379 | | 06/21/2004 | $466.04 |
| 0024 | PMNT | 07/02/2004 | GR | G | Altemp Mechanical | MN /04/192 | 14411 | | 07/02/2004 | $556.29 |
| 0025 | PMNT | 08/12/2004 | GR | G | Altemp | MN /04/223 | 14450 | | 08/12/2004 | $279.04 |
| 0026 | PMNT | 08/27/2004 | GR | G | ALTEMP MECHANICAL | MN /04/234 | 14469 | | 08/27/2004 | $462.79 |
| 0030 | PMNT | 09/30/2004 | GR | G | ALTEMP MECHANICAL | MN /04/257 | 14542 | | 09/30/2004 | $314.90 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

| **Name** | **Collect Type** | **Court Nbr** | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** |
|---|---|---|---|---|---|
| Reynolds, Michael P. | WA | 00-2592 JMR/FLN | | | |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0031 | PMNT | 11/01/2004 | GR | G | ALTEMP MECHANICAL | MN /05/020 | 14590 | | 11/01/2004 | $278.39 |
| 0032 | PMNT | 12/03/2004 | GR | G | ALTEMP MECHANICAL | MN /05/040 | 14639 | | 12/03/2004 | $383.01 |
| 0033 | PMNT | 01/03/2005 | GR | G | Altemp Mechanical | MN /05/057 | 14687 | | 01/03/2005 | $232.11 |
| 0034 | PMNT | 02/03/2005 | GR | G | Altemp Mechanical | MN /05/078 | 14734 | | 02/03/2005 | $486.39 |
| 0035 | PMNT | 04/01/2005 | GR | G | Altemp Mechanical | MN /05/118 | 14851 | | 04/01/2005 | $277.59 |
| 0036 | PMNT | 04/29/2005 | GR | G | Altemp Mechanical | MN /05/134 | 14953 | | 04/29/2005 | $532.63 |
| 0037 | PMNT | 05/27/2005 | GR | G | Altemp Mechanical | MN /05/154 | 14906 | | 05/27/2005 | $338.69 |
| 0039 | PMNT | 07/05/2005 | GR | G | Altemp | MN /05/180 | 14919 | | 07/05/2005 | $257.16 |
| 0040 | PMNT | 07/28/2005 | GR | G | Altemp Mechanical | MN /05/197 | 14926 | | 07/28/2005 | $41.33 |
| 0041 | PMNT | 09/01/2005 | GR | G | Michael | MN /05/221 | 14933 | | 09/01/2005 | $451.77 |
| 0042 | PMNT | 10/11/2005 | GR | G | Michael | MN /06/006 | 14947 | | 10/11/2005 | $309.61 |
| 0043 | PMNT | 12/02/2005 | GR | G | Altemp | MN /06/042 | 14894 | | 12/02/2005 | $83.13 |
| 0044 | PMNT | 01/04/2006 | GR | G | ALTEMP MECHANICAL | MN /06/063 | 25189 | | 01/04/2006 | $391.45 |
| 0045 | PMNT | 02/01/2006 | GR | G | ALLTEMP MECHANICAL | MN /06/083 | 25207 | | 02/01/2006 | $299.40 |
| 0046 | PMNT | 03/02/2006 | GR | G | ALTEMP MECHANICAL | MN /06/105 | 25285 | | 03/02/2006 | $150.01 |
| 0047 | PMNT | 04/04/2006 | GR | G | Altemp Mechanical | MN /06/128 | 25334 | | 04/04/2006 | $164.00 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

| Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date |
|---|---|---|---|---|---|
| Reynolds, Michael P. | WA | 00-2592 JMR/FLN | | | |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0048 | PMNT | 04/27/2006 | GR | G | Altemp Mechanical | MN /06/145 | 25348 | | 04/27/2006 | $373.65 |
| 0051 | PMNT | 06/05/2006 | GR | G | Altemp Mechanical | MN /06/170 | 25406 | | 06/05/2006 | $491.13 |
| 0052 | PMNT | 07/03/2006 | GR | G | Altemp Mechanical | MN /06/187 | 25478 | | 07/03/2006 | $583.43 |
| 0053 | PMNT | 08/14/2006 | GR | G | Altemp Mechanical | MN /06/214 | 25580 | | 08/14/2006 | $293.81 |
| 0056 | PMNT | 08/31/2006 | GR | G | Altemp Mechanical | MN /06/226 | 25637 | | 08/31/2006 | $294.15 |
| 0057 | PMNT | 10/06/2006 | GR | G | Altemp Mechanical | MN /07/006 | 25699 | | 10/06/2006 | $294.51 |
| 0058 | PMNT | 11/03/2006 | GR | G | Altemp Mechancial | MN /07/025 | 25720 | | 11/03/2006 | $242.40 |
| 0059 | PMNT | 12/01/2006 | GR | G | ALTEMP MECHANICAL | MN /07/042 | 25796 | | 12/01/2006 | $250.23 |
| 0060 | PMNT | 01/04/2007 | GR | G | ALTEMP MECHANICAL | MN /07/058 | 25814 | | 01/04/2007 | $125.16 |
| 0061 | PMNT | 02/02/2007 | GR | G | Altemp Mechanical | MN /07/075 | 25849 | | 02/02/2007 | $168.71 |
| 0062 | PMNT | 03/19/2007 | GR | G | Altemp Mechanical | MN /07/100 | 25927 | | 03/19/2007 | $255.31 |
| 0063 | PMNT | 04/03/2007 | GR | G | Altemp Mechan | MN /07/109 | 25937 | | 04/03/2007 | $91.00 |
| 0064 | PMNT | 05/18/2007 | GR | G | ALTEMP MECHANICAL | MN /07/137 | 26029 | | 05/18/2007 | $137.10 |
| 0066 | PMNT | 08/16/2007 | GR | G | ALTEMP MECHANICAL | MN /07/182 | 26171 | | 08/16/2007 | $285.32 |
| 000069 | PMNT | 10/09/2007 | GR | G | Altemp Mechanical | MN2008001 | 26246 | | 10/16/2007 | $150.09 |
| 000073 | PMNT | 11/15/2007 | GR | G | ALTEMP MECHANICAL | | 26287 | | 11/21/2007 | $126.11 |

Consolidated Debt Collection System

Single Liability Payment History

**Report Level:** MN

**Name** Reynolds, Michael P. **Collect Type** WA **Court Nbr** 00-2592 JMR/FLN **Priority Code** **Scheduled Payment Amount** **Scheduled Payment Date**

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000076 | PMNT | 12/07/2007 | GR | G | AL TEMP MECHANICAL | MN2008019 | 26332 | | 12/12/2007 | $599.63 |
| 000078 | PMNT | 01/04/2008 | GR | G | Altemp Mechanical | MN2008030 | 26341 | | 01/14/2008 | $112.00 |
| 000080 | PMNT | 01/14/2008 | GR | G | Altemp Mechanical | MN2008044 | 992851 | | 01/18/2008 | $120.30 |
| 000082 | PMNT | 01/22/2008 | GR | G | ALTEMPS MECHANICAL | MN2008048 | 1001598 | | 01/29/2008 | $141.43 |
| 000084 | PMNT | 01/28/2008 | GR | G | ALTEMP MECHANICAL | MN2008052 | 1012517 | | 02/05/2008 | $127.86 |
| 000086 | PMNT | 02/04/2008 | GR | G | AL Temp Mechanical | MN2008055 | 832509 | | 02/11/2008 | $170.13 |
| 000088 | PMNT | 02/11/2008 | GR | G | Altemp Mechanical | MN2008056 | 843157 | | 02/19/2008 | $147.53 |
| 000090 | PMNT | 02/19/2008 | GR | G | Altemp Mechanical | MN2008060 | 853168 | | 02/26/2008 | $195.96 |
| 000092 | PMNT | 02/25/2008 | GR | G | Altemp Mechanical | MN2008063 | 863354 | | 03/04/2008 | $212.30 |
| 000094 | PMNT | 03/03/2008 | GR | G | Altemp Mechanical | MN2008066 | 873696 | | 03/10/2008 | $222.25 |
| | | | | | | MN2008069 | | | | |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

| **Name** | **Collect Type** | **Court Nbr** | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** |
|---|---|---|---|---|---|
| Reynolds, Michael P. | WA | 00-2592 JMR/FLN | | | |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000096 | PMNT | 03/10/2008 | GR | G | Altemp Mechancial | MN2008073 | 883840 | | 03/17/2008 | $211.21 |
| 000099 | PMNT | 03/17/2008 | CH | Y | Michael P. Reynolds | | 4264 | | 03/26/2008 | $148.93 |
| 000104 | PMNT | 03/24/2008 | GR | G | Altemp Mechanical | MN2008078 | 904420 | | 03/31/2008 | $145.01 |
| 000106 | PMNT | 03/31/2008 | GR | G | Altemp Mechancial | MN2008081 | 915964 | | 04/04/2008 | $129.44 |
| 000108 | PMNT | 04/07/2008 | GR | G | Altemp Mechancial | MN2008084 | 1023454 | | 04/14/2008 | $160.69 |
| 000110 | PMNT | 04/14/2008 | GR | G | PayChex | MN2008088 | 926679 | | 04/21/2008 | $175.08 |
| 000112 | PMNT | 04/21/2008 | GR | G | Paychex | MN2008092 | 937439 | | 04/28/2008 | $152.09 |
| 000114 | PMNT | 04/28/2008 | GR | G | Michael Reynolds | MN2008095 | 949856 | | 05/06/2008 | $152.72 |
| 000116 | PMNT | 05/05/2008 | GR | G | Al Temp | MN2008098 | 960743 | | 05/12/2008 | $125.82 |
| 000118 | PMNT | 05/13/2008 | GR | G | Paychex | MN2008102 | 972906 | | 05/20/2008 | $158.04 |
| 000120 | PMNT | 05/19/2008 | GR | G | ALTEMP | MN200810 | 1039470 | | 05/28/2008 | $167.28 |